**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS, <br><br> Plaintiffs, <br><br>            v. <br><br> EXCLUSIVE FINISHES, LLC Clerk's Entry of Default entered 12/11/2023., JEREMIAH HADDAD Clerk's Entry of Default entered 12/11/2023, PHILLIP FORD, II Clerk's Entry of Default entered 12/11/2023., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     No. 1:23-cv-01733-TWP-MKK |

**ORDER ADOPTING REPORT AND RECOMMENDATION,**
**GRANTING MOTION TO REINSTATE LAWSUIT, AND**
**DIRECTING ENTRY OF JUDGMENT AGAINST EXCLUSIVE FINISHES, LLC**

This matter is before the Court on Plaintiffs Indiana/Kentucky/Ohio Regional Council of Carpenters Pension Fund, *et al.*'s ("Plaintiffs") Motion to Reinstate the Lawsuit and for the Immediate Entry of Judgment Against Defendant Exclusive Finishes, LLC Only ("Motion to Reinstate") (Filing No. 19). This matter was previously settled and dismissed without prejudice, but the Court retained jurisdiction over this action to enforce the parties' settlement agreement. Plaintiffs assert that Defendant Exclusive Finishes, LLC ("Exclusive Finishes"), has violated the

agreement and now moves to reinstate the lawsuit and enter judgment against Exclusive Finishes only. On June 10, 2026, the Magistrate Judge submitted a Report and Recommendation on Plaintiffs' Motion to Reinstate and recommended that the Motion be granted and that judgment be entered against Exclusive Finishes in the amount of $69,297.24 (Filing No. 20). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.

The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** it, (Filing No. 20), in full. Plaintiffs' Motion to Reinstate (Filing No. 19) is **GRANTED**. This lawsuit is **REINSTATED**, and judgment is **ENTERED** against Defendant Exclusive Finishes, LLC, in the amount of $69,297.24.

Judgment consistent with this Order shall issue separately.

**SO ORDERED**.

Date:    6/29/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Adam York Decker
Johnson & Krol, LLC
decker@johnsonkrol.com

Joseph E. Mallon
Johnson and Krol, LLC
mallon@johnsonkrol.com

2